UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE SWATCH GROUP MANAGEMENT SERVICES AG ET AL.,<br>**Plaintiff**<br><br>-v-<br><br>INVICTA WATCH COMPANY OF AMERICA, INC. ET AL,<br>**Defendant** | Case No. 07 CIV 839 (DC)<br><br>**Rule 7.1 Statement** |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Invicta Watch Company of America, Inc</u>(a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    None.

Date: <u>April 10, 2007</u>

<u>/Howard Natter/</u>
**Signature of Attorney**
Howard Natter
**Attorney Bar Code:** HN8532

Form Rule7_1.pdf