USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

THE SWATCH GROUP MANAGEMENT           :
SERVICES AG, et al.,
                                      :
              Plaintiffs,
                                      :    ORDER
     - against -
                                      :    07 Civ. 839 (DC)
INVICTA WATCH COMPANY OF
AMERICA, INC., et al.,                :

              Defendants.             :

- - - - - - - - - - - - - - - - - -x
```

**CHIN, District Judge**

  It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

  SO ORDERED.

Dated: New York, New York
    July 14, 2008

               _____
               DENNY CHIN
               United States District Judge